UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

EDWARD RENDER,

    Plaintiff,

v.                                                  Case No. 19-12984

FCA US LLC,

    Defendant.

_____/

## JUDGMENT

In accordance with the court's Opinion and Order dated July 19, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant FCA US LLC and against Plaintiff Edward Render. Dated at Port Huron, Michigan this 19th day of July, 2021.

                                              KINIKIA ESSIX
                                              CLERK OF THE COURT

                                              BY: s/Lisa Wagner

Dated: July 19, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 19, 2021, by electronic and/or ordinary mail.

                                              s/Lisa Wagner_____/
                                              Case Manager and Deputy Clerk
                                              (810) 292-6522