**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EDWARD RENDER,

        Plaintiff,                CIVIL ACTION NO: 19-12984

v.

FCA US LLC.,

        Defendants
_____ /

## ORDER OF DISMISSAL

      The Court having been advised by counsel that the above-entitled action has been settled, therefore;

      **IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** without costs and without prejudice to the right of either party to move within sixty (60) days to vacate this Order if settlement is not consummated. After 60 days from this date, this dismissal is with prejudice.

                                             s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated:   May 31, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 31, 2023, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (810) 292-6522